## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM BARHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 04-CV-4027-JPG |
| | ) |
| ALAN MCINTYRE, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

**GILBERT, District Judge:**

This matter comes before the Court on Defendants' Objection to the Order of Magistrate Judge Frazier Denying Defendants' Motion to Reconsider. (Doc. 64). After reviewing Defendants' objection and Plaintiff's response, the Court **REJECTS** Judge Frazier's decision denying the motion for reconsideration. Therefore, the Court will set this matter for a hearing on Defendants' Motion to Reconsider on April 24, 2006 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: April 4, 2006.

                                                                                  /s/ J. Phil Gilbert  
                                                                                  **J. PHIL GILBERT**  
                                                                                  **U.S. District Judge**