UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM BARHAM,

    Plaintiff,

v.                                                Case No. 04-cv-4027-JPG

ALAN MCINTYRE, et al.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

**Decision of the Court.** This matter having come before the Court on several motions for summary judgment and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that Counts I, II, and III against defendants Alan McIntyre, D. Brian Trambley and Roy A. Gilbert, in their official capacities, are **DISMISSED WITH PREJUDICE;**

**IT IS FURTHER ORDERED AND ADJUDGED** that Count VI is **DISMISSED WITH PREJUDICE;** and

**IT IS FURTHER ORDERED AND ADJUDGED THAT** judgment is entered in favor of all defendants – D. Brian Trambley, Alan McIntyre, Roy Gilbert, Jay Hall, Barbee Stalker, John Wright, Shane Alvey, and Pete Sopczak – and against plaintiff William Barham on all remaining claims in this case. These claims are **DISMISSED WITH PREJUDICE**.

**DATED: May 30, 2007.**

                                                                      **NORBERT G. JAWORSKI, CLERK**

                                                                      **By:s/Deborah Agans, Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
                    **J. PHIL GILBERT**
                    **U.S. District Judge**